# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY MARISCAL,<br><br>              Plaintiff,<br><br>   v.<br><br>TERHUNE, et. al.,<br><br>             Defendants.<br>_____/ | CV F 03 5745 REC SMS P<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL (Doc. 25.)<br><br>ORDER DENYING ALL PENDING MOTIONS AS MOOT (Docs. 52, 60.)<br><br>ORDER DISMISSING CASE (Doc.<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

Jimmy Mariscal ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On September 14, 2005, Plaintiff moved to withdraw his case. Based on Plaintiff's request, the Court HEREBY ORDERS:

1. Plaintiff's request is GRANTED;

2. All pending Motions are DENIED as moot;

3. The case is dismissed; and

4. The Clerk of Court is DIRECTED to enter Judgment thereby terminating this action in its entirety.

IT IS SO ORDERED.

Dated: **September 28, 2005**          **/s/ Robert E. Coyle**
668554                                  UNITED STATES DISTRICT JUDGE

1